NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAMONA GILL HERRING,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3170

---

Petition for review of the Merit Systems Protection Board in No. DC844E120778-I-1.

---

**ON MOTION**

---

### O R D E R

Upon consideration of Ramona Gill Herring's motion to reopen this petition for review, which was dismissed for failure to file a statement concerning discrimination, the statement now having been filed,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the court's June 26, 2014 dismissal order is vacated, and the petition is reinstated.

2                               HERRING v. MSPB

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court